UNITED STATES of America,
Plaintiff–Appellee,

v.

Carlos MANCILLA–HERNANDEZ,
Defendant–Appellant.

No. 06–10359
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Nov. 9, 2006.

Susan B. Cowger, U.S. Attorney's Office, Northern District of Texas, Juan Carlos Rodriguez, Dallas, TX, for Plaintiff–Appellee.

Jason Douglas Hawkins, Federal Public Defender's Office Northern District of Texas, Dallas, TX, for Defendant–Appellant.

Before BARKSDALE, DeMOSS, and PRADO, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Carlos Mancilla–Hernandez raises arguments that are foreclosed by *Almendarez–Torres v. United States*, 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. The Government's motion for summary affirmance is

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

GRANTED, and the judgment of the district court is AFFIRMED.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.